Plaintiff's Name ANTHONY L. Allen JR
Inmate No. BN8353
Address 5150 O'Bynes Ferry rD
Jamestown Ca 95327

Scanned at CDCR and E-Mailed
on 6/7/2022 by MSP
    (date)        (initials)
Number of pages scanned:
6

FILED
Jun 07, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

1:22-cv-00688-HBK(PC)

(Name of Plaintiff)                                              (Case Number)

VS.

A.W. Harris
CCI Montgomery
CCI ANDA
CCI Amescua
CCI Aldava
Sierra Conservation Center
(Names of all Defendants)

AMENDED CIVIL RIGHTS COMPLAINT UNDER:

☑ 42 U.S.C. 1983 (State Prisoner)

☐ Bivens Action [403 U.S. 388 (1971)] (Federal Prisoner)

I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):

  A. Have you brought any other lawsuits while a prisoner? Yes ✓ No ___

  B. If your answer to A is yes, how many? 1

  Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

  1. Parties to this previous lawsuit:
  Plaintiff ANTHONY L. Allen JR
  Defendants Sacramento County Sherrifs.

  2. Court (if Federal Court, give name of District; if State Court, give name of County)
  Eastern District, United States District Court
  3. Docket Number 2:21-cv-00870-CKD P  4. Assigned Judge Carolyn K. Delaney
  5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
  still pending

6. Filing Date (approx.) _____    7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes √    No ____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes √    No ____

C. Is the process completed?

Yes ____    If your answer is yes, briefly explain what happened at each level.

No √    If your answer is no, explain why not.

Because Title 602 is fresh and the process is long.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name A.W Harris is employed as Assitant Warden

Current Address/Place of Employment Sierra Conservation Center

B. Name **Mr Anda** is employed as **CCI (Counsler)**

Current Address/Place of Employment **Sierra Conservation Center**

C. Name **Ms Amescua** is employed as **CCI (Counsler)**

Current Address/Place of Employment **Sierra Conservation Center**

D. Name **Mr Aldava** is employed as **CCI (Counsler)**

Current Address/Place of Employment **Sierra Conservation Center**

E. Name **Ms Montgomory** is employed as **CCI (Counsler)**

Current Address/Place of Employment **Sierra Conservation Center**

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

Claim 1: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Upon my arrival here at S.C.C Mr Aldava handled my case load and was verry neglegent in doing so in fact He violated my due process rigths in the process of keeping me here longer

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

For the first complaint it take 60 days to process me and take me to Committie. He prolonged the whole process on purpose, And yes I do have 602's to prove this Acusation. Then I get to A yard and my case was transfered to Ms Amescua she then too employed the same prolonged process which was unecessary and violated my Due process rigths when continueously being Asked

To please Handle my Case load fairly And Accordingly And to Avoid Avial my request were Granted. THen Counsler ANOA Gets my Case load to Continue this prolonged process. And Now 10 months later mr ANOA Completes the profiled plot And completely discriminates me by Adding And Subtraction points And makes me A level 3 for one real rules violation report, Not Judgeing And Handeling my Case fairly as well and Accordingly, All THese People were Assisted in violatieing my Civil rights By the Assistant warden mr Harris when He Denied my Gate pass when I was still A min Custody Level 2 Along with ms Montgomery, They Completed A Inmature Annual which Prolonged my Stay.

Claim 2: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I would like to attain the amount of $500,000,000 for the mental and physical anguish as well as the humiliation. I suffer from anxiety from being profiled and racially discriminated against.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/6/22        Signature of Plaintiff: _[signature]_

(Revised 4/4/14)