

FILED
JUN 23 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Anthony L. Allen JR
(Name of Plaintiff)

5150 O'Byrnes Ferry RD
(Address of Plaintiff)

Jamestown CA 95327

vs.

A.W. Harris, CCI Anda, CCI Amescua, CCI Aldana, CCI Montgomery (Sierra Conservation Center)
(Names of Defendants)

#: 1:22-CV-00688-HBK
(Case Number)

COMPLAINT

RECEIVED
JUN 23 2022
CLERK, U.S. DISTRICT ...
EASTERN DISTRIC... ...
BY_____ DEPUTY CLERK

I. Previous Lawsuits:

   A. Have you brought any other lawsuits while a prisoner:   ☑ Yes   ☐ No

   B. If your answer to A is yes, how many?: __2__   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

     1. Parties to this previous lawsuit:

       Plaintiff Anthony L. Allen JR

       Defendants Sacramento County Sherrifs

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983            Rev'd 5/99

1

2. Court (if Federal Court, give name of District; if State Court, give name of County) Eastern District

3. Docket Number 2:21-CV-00870-CKD P

4. Name of judge to whom case was assigned Carolyn K Delaney

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) Still pending

6. Approximate date of filing lawsuit April 2021

7. Approximate date of disposition Still pending

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution? ☑ Yes ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No

If your answer is no, explain why not _____

C. Is the grievance process completed? ☐ Yes ☑ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant CCI Anda is employed as My Counsler at Sierra Conservation Camp

B. Additional defendants A.W Harris, CCI Montgomery, CCI Aldava, CCI Amesaua

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

To whom it may concern the stated Defendents violated my civil rights with Cruel and unusual mental punishment, By keeping me here at S.C.C. Against my will And violating my Due process rights by Illegally with-holding And Altering my caseload. This tactic was designed to hold me at S.C.C, mentally torture me, degrade me And boost my points Intentionally so I can be placed Behind A wall. I got one rvr but had a Job for a certain Amount of time with No serious rvr And was Never Afforded the oppertunity to Go to fire camp which was why I was placed here. Now my life is In Jeopordey And I'm not Going to fire camp. They Never Intended to send me Any ways.

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like to attain $500,000,000 for the mental pain and suffering and the humiliation it caused for me to be associated with child molesters and rapist. Now my life is In Jeopordy when I come In contact with any of my people.
Thank you And God Bless

Signed this _____ day of Monday, 20 22.

(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

6/6/22
(Date)

(Signature of Plaintiff)

3