Plaintiff's Name: Anthony L. Allen Jr
Inmate No.: BN8353
Address: 5150 O'Byrnes Ferry RD
Jamestown CA 95327

FILED

AUG 05 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

First Amended Complaint.

Anthony L. Allen Jr
(Name of Plaintiff)

1:22-CV-00688-HBK
(Case Number)

VS.

A.W. Harris
CCII Montgomery/Wetenkamp
CCI Anda
CCI Amescua
CCI Aidava
Sierra Conservation Center
(Names of all Defendants)

AMENDED CIVIL RIGHTS COMPLAINT UNDER:

☑ 42 U.S.C. 1983 (State Prisoner)

☐ **Bivens** Action [403 U.S. 388 (1971)] (Federal Prisoner)

RECEIVED
AUG 05 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):

A. Have you brought any other lawsuits while a prisoner? Yes ✓  No ___

B. If your answer to A is yes, how many? 1

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

Plaintiff (Sacramento) Anthony L. Allen Jr
Defendants Sacramento County Medical Staff

2. Court (if Federal Court, give name of District; if State Court, give name of County)
Eastern District, United States District Court

3. Docket Number 2:21-CV-00870-CKD   4. Assigned Judge Carolyn K. Delaney

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
Still Pending

6. Filing Date (approx.) \_UNK\_\_\_\_\_   7. Disposition Date (approx.) \_UNK\_\_\_\_

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a).  Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002).  If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes ✓   No \_\_\_\_\_

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes ✓   No \_\_\_\_\_

C. Is the process completed?

Yes ✓   If your answer is yes, briefly explain what happened at each level.

These complaints were denide on every level Because they all felt no violations were committed.

No ✗   If your answer is no, explain why not.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below.  If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name ~~[redacted]~~ Mr Alpaya is employed as Counsler CCI
Current Address/Place of Employment Sierra Conservation Center.

B. Name **Mr Harris** is employed as **Assistant warden**

Current Address/Place of Employment **Sierra Conservation Center**

C. Name **Ms Montgomery/wetenkamp** is employed as **Counsler CCII**

Current Address/Place of Employment **Sierra Conservation Center**

D. Name **Mr Anda** is employed as **Counsler CCI**

Current Address/Place of Employment **Sierra Conservation Center**

E. Name **Ms Amescua** is employed as **Counsler CCI**

Current Address/Place of Employment **Sierra Conservation**

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Due process, And cruel and unusual punishment.

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

Supporting facts have been Attached to the previous motion file for this complaint. Upon the date of March 18, 2022 I was reffered to fire camp by I.C.C which is A committee Action and I was in fact notified by my counsler at the time which was Ms Amescua. On March 22 my camp program was Delayed because of A RVR I recived in febuary by Ms montgomory/wetenkamp

And my 115 (GatePass) was Denied by A.W. Harris. According to title 15 inmates shall be giving written notice at least 72 hours in advance of a hearing which could result in an Adverse Effect. Adverse Effect is defined as (the most important two) (A) Involuntary transfer to a higher security level (which is why this complaint came about). And (B) Increse in Custody designation § 3371.2. These requirements that it takes to commit a action such as stop me from going to Camp and boost my points never took place. I didn't sign any nor did I know that Ms Montgomery/wetenkamp And A.W Harris Conducted this I.C.C Action. which directly violated my Due process rights. I feel targeted

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Freedom from Cruel And Unusual punishment Discrimination.

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Supporting facts for this claim are infact attached to previous paperwork in this complaint. Mr Anda improperly delt with my case load by neglecting the proper point system And makeing me a level 3. When I infact was minium custody for the amount of time it would have taken for my points to drop and I become a level 2 and free camp eligible. In results to my complaint and a 602 against CCI Anda I was placed back on to B yard where I previously left because of safety issues there for I was retaliated against

And CCI Amescua and ½ CCI Vidaca were infact Co-Conspirators in this vicious plot to mentally torture and Humilate me by prolonging my committee Dates and Holding me here at S.C.C against my will. further more on that note I should be able to Do my time where I feel my safety is suitable and I feel I can make it Home on time and in on peice and the staff here see it otherwise.

**V. Relief**

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statues.

Do to the fact my procedural rights Have been violated though I Do Not suffer physical Injurys yet to seek punitive Damages I would Just like to see more Attention shown to this Injustic as well as every employee stated in this Complaint penalized and removed from their Jobs as prison staff period.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/1/22       Signature of Plaintiff: _Anthony Lally Jr._

(Revised 4/4/14)


CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** ALLEN, ANTHONY LEE  **Date:** 02/03/2022
**CDC#:** BN8353
**Current Location:** SCC-Facility A  **Current Area/Bed:** A 001A1 - 012003L

**Log #:** 000000205570

### Claim #: 001
**Received at Institution/Parole Region:** Sierra Conservation Center
**Submitted to Facility/Parole District:** SCC-Facility A
**Housing Area/Parole Unit:**
**Category:** Offender Classification  **Sub-Category:** Other Classification Issue - NOS

### I. CLAIM

You state you are eligible for Camp placement.

### II. RULES AND REFERENCES

**A. CONTROLLING AUTHORITY**

California Code of Regulations (CCR) Title 15, Section 3375. Classification Process.
CAMP, MSF, MINIMUM CUSTODY REFERENCE GUIDE (Revised May 2021)

**B. DOCUMENTS CONSIDERED**

Administration Segregation Unit (ASU) Initial Institution Classification Committee (ICC) dated November 10, 2021
Unit Classification Committee (UCC) dated January 18, 2022
Grievance 205570

### III. REASONING AND DECISION

Per ASU Initial ICC dated November 10, 2021, your Minimum Custody and Camp placement was pending clearance of additional case factors.

Per the UCC dated January 18, 2022, you were granted Minimum Custody per current policy, however, you cannot be granted Camp placement without ICC approval based on time remaining to serve. Your case has been referred to ICC for further review.

After review of all pertinent case factors, including the Strategic Offender Management System, Electronic Records Management System, and the noted Committee Actions, your grievance is disapproved.

### Decision: Disapproved

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| S. Smith [SMST005] | CDW (A) | 02/02/2022 |

| Staff Signature | Title | Date/Time |
|---|---|---|
| S. Smith [SMST005] | CDW (A) | 02/02/2022 |

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

N

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

**STAFF USE ONLY**

Grievance #: 0000000205570    Date Received: DEC 20 2021
Date Due:
Categories:

This is the process to ask for help with a complaint.

Claimant Name: Anthony L Allen    CDCR #: BN8353   Current Housing/Parole Unit: A-32-03ᴸ
Institution/Facility/Parole Region: S.C.C

In order for the Department to understand your complaint, make sure you have answered the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned.
- What specific action would resolve your complaint?

To whom it may concern, I have an issue with the way both of the counselors I've had, currently Ms. Anreesqua and previously Mr. Aldava on B yard, have been handling my case load. I Arrived here at SCC 8/24/2021. My case load was assigned to Mr. Aldava. I've been to fire camp before on a more severe crime than this so I'm pretty familiar of the process to get to fire camp. It did not take this long to deem me eligible or ineligible. I went every open line and was giving the same answere every time, not to mention I was never convicted for stalking. Both counselors have been neglegent when it comes to my case load. I was never informed on my last team that me being validated would render me from going to fire camp. And now all of a sudden I was informed by Ms. Anreesqua that it dose. And not to mention the fact that I have too much time. Then why am I being held here with no real way to rehabilitate myself. And is I never ask to go to fire camp the fact that I'm validated should have sent me to a new programming level 3.

DISTRIBUTION   Original: Claimant's File   Copies: DAI, DAPO, and Claimant

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

I was never given a real reason why I'm here. I fear this 602 would bring Retaliation from both Counselors And I would be forced to wait longer. I would Just like to get some peace And Rehabilitate myself without getting violent.

Reminder: Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

Claimant Signature: _Anthony Allen Jr_   Date Signed: 12/17/21


**CALIFORNIA DEPARTMENT of Corrections and Rehabilitation**

# CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** ALLEN, ANTHONY L.   **CDC#:** BN8353

**Date:** 05/10/2022

**Current Location:** SCC-Facility A   **Current Area/Bed:** A 001A1012002L

**From:** Office of Grievances at Sierra Conservation Center

**Re:** Log # 000000254533

The California Department of Corrections and Rehabilitation Office of Grievances at Sierra Conservation Center received your grievance on 05/10/2022. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 07/10/2022.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

CDCR SOMS OGTT300 - OOG Offender Grievance Receipt Acknowledgement

| STAFF USE ONLY | OGT Log No: 000000254533   Date Received: MAY 10 2022 |
|---|---|
| | Decision Due Date: _____ |
| | Categories: _____ |

Claimant Name: Allen Anthony                    CDCR #: BN8353

Institution/Parole Region: S.C.o.C        Current Housing/Parole Unit: A-12-02L

**STAFF USE ONLY**

_Use this form to file a complaint with the Department._

In order for the Department to understand your complaint, please answer all of the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- What specific action would resolve your complaint?

NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).

To whom it may concern,
   My counsler Anda Just got my case load and already showin negligence when it comes to my case load. I already been here at Jamestown to long. Ms Amecua had set it up before she left to do my yearly annual early but she left, ok I cant do anything about that. But if you do the research Ive already been violated when it comes to time restraints it took almost 3 months just to tell me I was clear for camp, Its only suposed to take 60 days. If my points arnt level two then why am I still on this yard, why havent I been transfered to a level 3, my 255 was denide almost 2 months ago because of one RVR but my points never went up or down which means Im Just sittin here for nothing, and Ive sent

Case 1:22-cv-00688-JLT-HBK   Document 12   Filed 08/05/22   Page 12 of 13

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

My Counsler 2 Inmate request forms that have yet to be Answered. I don't care if I go level 3 I just want to get off ANDA caseload and be delt with accordingly with all due respect. It seems like there is a problem or a issue when it comes to dealing with my case like its a personal Agenda being displayed. like I said we can due a time line review and clearly it will show that I've been unfairly supervised and my Due process rights have been violated since I've been here at Jamestown (S.C.C). If I'm still here with reasonable cause like I am now I will have no choice but to push this further than this 602. I've had an education assignment for over 6 months now so there shouldn't be any reason my points aren't level 2 eligible and I'm put up for fire camp. If I'm forced to go level 3 within this 602 than I would like to be put up for transfer. Thank you & God Bless.

Cont. Every time it comes to openline for my openline day its either no yard, short of staff or ANDA is not here so I am unable to speak with Mr. ANDA which is why I'm askin to be switched of his caseload.

Claimant Signature: _____  Date Signed: 5/8/22

complaint for the reasons stated in this Order. If the district court dismisses this case finding that the complaint fails to state claim, the dismissal will count as a strike under the PLRA.³

**Third Option:** Because no defendant has yet been served, and Plaintiff does not believe the complaint can be cured or Plaintiff wishes to refile an action at a future time, Plaintiff may file a Notice of Voluntarily Dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1). The filing of a Rule 41 Notice would prevent this action from counting as a strike under the PLRA.

Alternatively, if Plaintiff fails to timely respond to this Court Order, *i.e.*, fails to elect and notify the Court of any of the three options, the undersigned will recommend that the district court dismiss this case as a sanction for Plaintiff's failure to comply with a court order and for failing to prosecute this action after its determination that the complaint failed to state a claim, which will count as strike under the PLRA. *See* Local Rule 110; Fed. R. Civ. P. 41(b).

Accordingly, it is **ORDERED:**

1. Within **twenty-one (21) days** from the date of service of this order, Plaintiff shall take one of the following actions: (a) file a First Amended Complaint; (b) file a Notice stating an intent to stand on the original complaint subject to the undersigned recommending the district court dismiss for the reasons stated in this Order; or (3) file a Notice of Voluntarily Dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1).

2. If Plaintiff fails to timely comply with this Court Order or seek an extension of time to comply, the Court will recommend the district court dismiss this action for Plaintiff's failure to comply with this Court Order and prosecute this action.

////

////

////

---

³ Under § 1915(g), prisoners who have repeatedly brought unsuccessful suits may be barred from bringing a civil action and proceeding *in forma pauperis* once they have had on prior occasions three or more cases dismissed as frivolous, malicious, or for failure to state a claim. *Lomax v. Ortiz-Marquez,* 140 S. Ct. 1721, 1723 (2020); *see also Andrews v. Cervantes*, 493 F.2d 1047, 1052 (9th Cir. 2007). Regardless of whether the dismissal was with or without prejudice, a dismissal for failure to state a claim is counted as a strike under § 1915(g). *Lomax,* 140 S. Ct. at 1727.