Plaintiff's Name Anthony Lee Allen

Inmate No. BN8353

Address PO Box 2000
Vacaville CA
95696

FILED

NOV 29 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

_____
(Name of Plaintiff)

1:22-cv-688 HBK
(PC)
(Case Number)

vs.

A.W. Harriss

Montgomery/Wetenkamp

CCI Aldava

CCI Anda

Sierra Conservation Center

_____
(Names of all Defendants)

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☑ 42 U.S.C. 1983 (State Prisoner)

☐ **Bivens** Action [403 U.S. 388 (1971)] (Federal Prisoner)

RECEIVED

NOV 29 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):**

    A. Have you brought any other lawsuits while a prisoner?  Yes ✓  No____

    B. If your answer to A is yes, how many? 2

        Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

        1. Parties to this previous lawsuit:

        Plaintiff Brenda Anthony Lee Allen Jr

        Defendants Sac County Sherrifs.

        2. Court (if Federal Court, give name of District; if State Court, give name of County)
        Eastern District

        3. Docket Number UNK      4. Assigned Judge UNK

        5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
        Pending

6. Filing Date (approx.) _UNK_____   7. Disposition Date (approx.) _UNK_____

## II. Exhaustion of Administrative Remedies

**NOTICE:**   Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes __✓__   No _____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes __✓__   No _____

C. Is the process completed?

Yes __✓__   If your answer is yes, briefly explain what happened at each level.

I submitted all 602's to the court regaurding this case as exibits. I was Denide at every level.

No _____   If your answer is no, explain why not.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name _A.W Harris_____ is employed as _Assistant Warden/CC III_

Current Address/Place of Employment _Sirrea Conservation Center_____

In the title 15, And that was documented in the
Courts And AnDA based basicly assisted As
well As AlDAnA And Amescua. They All HAD
intentions on violateing my Civil rights And
basicly Not leting me Go to Fire Camp stateing
I WAS to violent without fact, I HAD one
write up for A Mutual Combat That WAS NOT
my Fault but That Did Not Give them the
right to violate my rights. And Now Indirect
retaliation is being Imployed beCause of This
Complaint. every where I GO.
I enclosed Certian request to show the process of
Discrimination As well As the 602's I sumitted.

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

_____

_____

_____

**Supporting Facts** (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, _by name_, did to violate the right alleged in Claim 2.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

B. Name  Montgomary / Weten Kamp    is employed as  CCI

Current Address/Place of Employment  Sierra Conservation Center

C. Name  ANDA    is employed as  CCI

Current Address/Place of Employment  Sierra Conservation Center

D. Name  AlDAVA    is employed as  CCI

Current Address/Place of Employment  Sierra Conservation Center

E. Name  Amescua    is employed as  CCI

Current Address/Place of Employment  Sierra Conservation Center

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1**:  The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

due process , freedom From Cruel And unusual punishment

**Supporting Facts** (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

I was discriminated Against. My Due process rights were Violated By Mr Harris And CCI Montgomory / Weten Kamp. Montgomory which was not even my Consolor At The time went In my file And Conducted A premature Hearing without me Knowing or present And Mr Harris Denide My Gate pass without following Any Guide line

for Coach

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

for each personal enrolment Im Asking for $100,000.000 (1 Hundred Thousand Dollars) A peice for lost wages I could of earned At Fire Camp. And punitive Damages And I would Also like to Ask for A Additional $50,000 In Compensatory Damages for mental And physical suffering.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/13/23    Signature of Plaintiff: _____

(Revised 4/4/14)

STATE OF CALIFORNIA
**INMATE REQUEST FOR INTERVIEW**
GA-22 (Rev. 10/13)

EXHIBIT

APR 14 2022 **INMATE REQUEST FOR INTERVIEW**

| DATE | TO | | FROM (LAST NAME) | CDCR NUMBER |
|---|---|---|---|---|
| 4-14-22 | Ms Amezcua | | Allen Anthony L. | BN8353 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| A-12 | 02 | | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | | |
|---|---|---|---|
| ABE III | FROM 7:30 | TO | 9:00 |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I'm not sure if you got the first inmate Request form. But I would like to know, After my Annual would I Have to See I.C.C All over Again for A bate past, Is It Possible to get this whole process Completed At my Annual.

Do NOT write below this line. If more space is required, write on back.

| INTERVIEWED BY | DATE |
|---|---|
| D. Amezcua CCI | |

DISPOSITION

You will not need to See ICC again.

← PROLONG →

STATE OF CALIFORNIA                                                              DEPARTM
**INMATE REQUEST FOR INTERVIEW**

GA-22 (Rev. 10/13)

# INMATE REQUEST FOR INTERVIEW

| DATE | TO CCI | FROM (LAST NAME) |
|------|--------|------------------|
| 11-16-21 | D Amezcua | Allen |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMB. |
|---------|-----------|-----------------|-----------|
| A-32- | 03c | | FROM |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)                          ASSIGNMENT

                                                                  FROM

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Ms Amezcua I would Just Like to Know If you were Able to Look over my Case load, If So Did my Vio Report Come bACk because No Disrespect but Id Like to Either Get to fire CAMP OR be put up for trAnsfer. THANK You.

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY  D. Amezcua  CCI                              DATE 12/22/21

DISPOSITION

I am almost done with Your Case. See You Soon.

SHe KNEW THe whole Time I was Never Going to fire CAMP

STATE OF CALIFORNIA
GA-0022 (Rev 2013-10)
DEPARTMENT OF CORRECTIONS & REHABILITATION

# INMATE REQUEST FOR INTERVIEW

| DATE 3/27/22 | TO TRASPORTATION | FROM (LAST NAME) Allen | CDCR NUMBER BN8353 |
|---|---|---|---|

| HOUSING A-12 | BED NUMBER 02L | WORK ASSIGNMENT | JOB NUMBER FROM | TO |
|---|---|---|---|---|

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)      ABE III

ASSIGNMENT HOURS   FROM 7:30   TO 9:30

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I would like to know wHen Am I Going to be on tHe list to Go to fire Camp.

THAnk you

**Do NOT write below this line. If more space is required, write on back.**

INTERVIEWED BY   CAmp OFFICE is STELL WAITING FOR A NEW 285      DATE

DISPOSITION   SPECIAL SKILL CHRONO TO SEND YOU TO CAmp
WHEN THE A. W. HArris & MonTGomory
TOOK my GATE PAss PremATurely

STATE OF CALIFORNIA
INMATE REQUEST FOR INTERVIEW
DEPARTMENT OF CORRECTIONS & REHABILITATION

GA-22 (Rev. 10/13)

# INMATE REQUEST FOR INTERVIEW

APR 13 2022

| DATE 4/12/22 | TO MS AMEZCUA | FROM (LAST NAME) Allen | CDCR NUMBER BN0553 |
|---|---|---|---|

| HOUSING/ A-12-02 | BED NUMBER 02 | WORK ASSIGNMENT ABE III | JOB NUMBER FROM 7:30 TO 9:30 |
|---|---|---|---|

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS FROM    TO

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

MS Amezcua I Just WANTED TO KNOW IF I HAD to
wait TO GO TO I.C.C AGAIN After my ANNUAL ON
May 3RD. Because I Already went to ICC but My
date PASS Got DeNiNed because of A RVR.

Do NOT write below this line.  If more space is required, write on back.

INTERVIEWED BY D. Amezcua ECI    DATE

DISPOSITION    No ICC because they already approved
You and reffered you to Fire Camp.

MAR 2 1 2022

STATE OF CALIFORNIA
**INMATE REQUEST FOR INTERVIEW**
GA-22 (Rev. 10/13)

DEPARTMENT OF CORRECTIONS & REHABILITATION

# INMATE REQUEST FOR INTERVIEW

| DATE 3/21/22 | TO CCII DeWoody | FROM (LAST NAME) MR Allen | CDCR NUMBER BN8353 |
|---|---|---|---|

| HOUSING A-3 02 | BED NUMBER 2 L | WORK ASSIGNMENT ABE III | JOB NUMBER FROM | TO |
|---|---|---|---|---|

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) ABE III Main Education | ASSIGNMENT HOURS FROM 7:30 TO 9:30 |
|---|---|

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

MR DeWoody I would Just like to Know when it is
exactly that im going to be seen by I.C.C...
No Disrespect but Id like to Either Get to fire
Camp or leave Jamestown This is No place for a convict...

Do NOT write below this line. If more space is required, write on back.

| INTERVIEWED BY | DATE |
|---|---|

DISPOSITION  ICC was Completed on 3/18/22.
You were reffered to fire Camp.

A lot of the states resources are
Devoted to Somebody's personal
Agenda.

Allen - 12