UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEE ALLEN JR., | No. 1:22-cv-00688-JLT-HBK (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | (Doc. 28) |
| A.W. HARRIS, et al., | |
| Defendants. | |

Anthony Lee Allen Jr. is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 1, 2023, the Magistrate Judge filed Findings and Recommendations, which concluded that Plaintiff's case should be dismissed for failure to state a cognizable claim. (*See* Doc 28.) The Court served the Findings and Recommendations on Plaintiff at his address of record and notified him that any objections were to be filed within fourteen days. (*Id*. at 10.) Plaintiff has not filed any objections and the time to do so has passed. (*See* docket).

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations filed on December 1, 2023 (Doc. 28) are **ADOPTED** in full.
2. Plaintiff's Third Amended Complaint is **DISMISSED** without leave to amend.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 4, 2024**

UNITED STATES DISTRICT JUDGE